# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:       Chapter 7
Joseph & Melissa Gatza,      Case No.: 19-40978
Debtors      Judge: Marci McIvor

_____/

### Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

☒ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☒ The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ 335.00 | May 3, 2019 |
|  | Month / day / year |
| $ | |
|  | Month / day / year |
| $ | |
|  | Month / day / year |
| + $ | |
|  | Month / day / year |
| **Total** $ 335.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

**Signed on January 24, 2019**



/s/ Marci B. McIvor
**Marci B. McIvor**
**United States Bankruptcy Judge**