# EXHIBIT 1

| | |
|---|---|
| IN RE: | HON. MARCI B. McIVOR |
| JOSEPH GATZA and MELISSA GATZA, | Case No. 19-40978-mbm |
| Debtors. | Chapter 7 |

William C. Babut (P41099)
William C. Babut PC
Attorneys for Debtors
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000
wbabut@babutlaw.com

Scott A. Chernich (P48893)
Patricia J. Scott (P73061)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Claimant University of Michigan Credit Union
313 South Washington Square
Lansing, MI 48933
(517) 371-8133
schernich@fosterswift.com

## ORDER LIFTING THE AUTOMATIC STAY

PRESENT: HON. MARCI B. McIVOR, Bankruptcy Judge

Claimant, University of Michigan Credit Union ("Claimant"), through its attorneys, Foster Swift Collins & Smith, P.C., filed a Motion to Lift the Automatic Stay Regarding a 2009 Ford Flex, VIN 2FMDK52C99BA94290, and For Entry of an Order Waiving the Provisions of FRBP 4001(a)(3) with the Court. The Court has found that the Motion and Notice were properly served on all interested parties and that no timely objections were filed with the Court. Now, therefore;

1

IT IS HEREBY ORDERED that the automatic stay in this matter, effective pursuant to 11 U.S.C. § 362, be, and the same hereby is, lifted to allow Claimant to take all actions with respect to the 2009 Ford Flex, VIN 2FMDK52C99BA94290, that Claimant is entitled to take under applicable non-bankruptcy law.

IT IS FURTHER ORDERED that this order is effective immediately upon entry by this Court, notwithstanding the provision of FRBP 4001(a)(3). This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

Prepared By: Scott A. Chernich (P48893)
Foster Swift Collins & Smith, P.C., 313 S. Washington Sq., Lansing, MI 48933
(517) 371-8133 | schernich@fosterswift.com