# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| IN RE: | HON. MARCI B. McIVOR |
| JOSEPH GATZA and MELISSA GATZA, | Case No. 19-40978-mbm |
| Debtors. | Chapter 7 |

## NOTICE OF MOTION TO LIFT THE AUTOMATIC STAY REGARDING A 2009 FORD FLEX AND FOR ORDER WAIVING THE PROVISIONS OF FRBP 4001(a)(3)

Claimant, University of Michigan Credit Union, has filed papers with the court seeking approval to lift the automatic stay regarding a 2009 Ford Flex and for Entry of an Order Waiving the Provisions of FRBP 4001(a)(3).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the Claimant's motion to lift the automatic stay, or if you want the court to consider your views on the motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

    United States Bankruptcy Court
    211 W. Fort Street
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

   Scott A. Chernich
   Foster, Swift, Collins & Smith, P.C.
   313 S. Washington Square
   Lansing, Michigan 48933

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: February 14, 2019

Signature: /s/ Scott A. Chernich
Name: Scott A. Chernich (P48893)

Address: Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, Michigan 48933
(517) 371-8133
schernich@fosterswift.com

34862:00001:4074658-1