# EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

IN RE:

JOSEPH GATZA and MELISSA GATZA,

  Debtors.

HON. MARCI B. McIVOR

Case No. 19-40978-mbm

Chapter 7

## PROOF OF SERVICE

The undersigned certifies that on February 14, 2019, copies of Claimant University of Michigan Credit Union's Motion to Lift the Automatic Stay Regarding a 2009 Ford Flex, and for Order Waiving the Provisions of FRBP 4001(a)(3) and Notice of the Motion were served upon the U.S. Trustee, at 211 W. Fort St., Suite 700, Detroit, MI 48226, and the attached mailing matrix by first-class U.S. mail, postage prepaid.

I DECLARE THE FOREGOING STATEMENTS TO BE TRUE TO THE BEST OF MY INFORMATION KNOWLEDGE & BELIEF.

/s/ Janette L. Mulvany
Janette L. Mulvany, PLS, Legal Secretary
to Scott A. Chernich (P48893)

34862:00001:4074665-1

FOSTER SWIFT COLLINS & SMITH PC || ATTORNEYS

```
Label Matrix for local noticing          Alltran Financial                        American 1 Federal credit Union
0645-2                                    PO Box 4044                              718 E. Michigan Ave
Case 19-40978-mbm                         Concord, CA 94524-4044                   Jackson, MI 49201-1693
Eastern District of Michigan
Detroit
Thu Feb 14 09:30:26 EST 2019

William C. Babut                          Big Picture Loans                        Bridgelending Solutions
700 Towner Street                         Big Picture Loans E23970 Pow Wow Trail   PO Box 481
Ypsilanti, MI 48198-5724                  Watersmeet, MI 49969-5125                Lac Du Flambeau, WI 54538-0481


Ryan Byrd                                 (p)CAPITAL ONE                           Cashnet
1650 West Big Beaver Road                 PO BOX 30285                             PO Box 16466
Troy, MI 48084-3534                       SALT LAKE CITY UT 84130-0285             Philadelphia, PA 19101


Check N Go                                Citi                                     Citibank
100 Commercial Drive                      Po Box 6241                              P.O. Box 6000
Fairfield, OH 45014-5556                  Sioux Falls, SD 57117-6241               The Lakes, NV 89163-6000


Comenity - Children's Place               Comenity/Meijer                          Comenitybank/marathon
PO Box 659820                             PO Box 659823                            Po Box 182789
San Antonio, TX 78265-9120                San Antonio, TX 78265-9123               Columbus, OH 43218-2789


Comenitybank/meijer                       Comenitycb/myplacerwds                   Comenitycb/overstock
Po Box 182789                             Po Box 182120                            Po Box 182120
Columbus, OH 43218-2789                   Columbus, OH 43218-2120                  Columbus, OH 43218-2120


Complete Credit Soluti                    Credit First N A                         Credit One
2921 Brown Trail                          Pob 81315                                PO Box 625
Bedford, TX 76021-4174                    Cleveland, OH 44181-0315                 Metairie, LA 70004-0625


Credit One Bank Na                        Dept Of Ed/navient                       Discount Tire
Po Box 98872                              Po Box 9635                              PO Box 981438
Las Vegas, NV 89193-8872                  Wilkes Barre, PA 18773-9635              El Paso, TX 79998-1438


Elastic Republic Bank & Trust             Firestone                                Joseph Gatza
c/o NCB Management                        Credit First NA                          3320 Mount Hope Road
PO Box 1099                               P.O. Box 81344                           Grass Lake, MI 49240-9186
Langhorne, PA 19047-6099                  Cleveland, OH 44188-0344


Melissa Gatza                             Greenline Loan                           Greentrust
3320 Mount Hope Road                      P.O. BOX 507                             PO Box 340
Grass Lake, MI 49240-9186                 Hays, MT 59527-0507                      Hays, MT 59527-0340
```

| | | |
|---|---|---|
| JC Penney<br>P.O. Box 960001<br>Orlando, FL 32896-0001 | Justice - Capital One<br>PO Box 4144<br>Carol Stream, IL 60197-4144 | Lester Brothers Excavatins, Inc.<br>5405 E. Michigan Ave.<br>Jackson, MI 49201-8406 |
| Majestic Lake Financial<br>635 East Hwy 20<br>Suite K<br>Upper Lake, CA 95485-8793 | Maurices<br>P.O. Box 659705<br>San Antonio, TX 78265-9705 | Merrick Bank Corp<br>10705 S Jordan Gateway<br>South Jordan, UT 84095-3977 |
| Meyer & Njus<br>330 2nd Avenue South<br>Suite 350<br>Minneapolis, MN 55401-2212 | Michigan Medicine<br>Dept. CH. 14410<br>Palatine, IL 60055-4410 | Midland Credit Management<br>8875 Aero Dr. Ste. 2<br>San Diego, CA 92123-2255 |
| Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Timothy J. Miller<br>64541 Van Dyke<br>Suite 101<br>Washington, MI 48095-2570 | Mobiloans<br>PO Box 42917<br>Philadelphia, PA 19101-2917 |
| Mohela/dept Of Ed<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 | Ncb Management Service<br>1 Allied Drive<br>Trevose, PA 19053-6945 | Overstock - Comenity<br>PO Box 659707<br>San Antonio, TX 78265-9707 |
| PayPal<br>PO Box 660433<br>Dallas, TX 75266-0433 | Plain Green<br>93 Mack Road Suite 600<br>Box Elder, MT 59521 | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Radiant<br>PO Box 1183<br>Lac Du Flambeau, WI 54538-1183 | Rapital Capital<br>PO Box 1469<br>Kahnawake, Quebec JoL 1 Bo |
| Republic Bank & Trust<br>c/o NCB Managment Services<br>PO Box 1099<br>Langhorne, PA 19047-6099 | Skytrail Cash<br>PO Box 1115<br>Lac Du Flambeau, WI 54538-1115 | Spotloan<br>PO Box 927<br>Palatine, IL 60078-0927 |
| St. Joseph Mercy Chelsea<br>775 S. Main St.<br>Chelsea, MI 48118-1383 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | The Home Depot<br>P.O. Box 103072<br>Roswell, GA 30076 | Torrid<br>PO Box 78265-9584<br>San Antonio, TX 78265-9584 |

| | | |
|---|---|---|
| U of M Credit Union<br>P.O. Box 7850<br>Ann Arbor, MI 48107-7850 | University of Michigan Credit Union<br>333 E. William Street<br>Ann Arbor, MI 48104-2387 | Wayfair - Comenity<br>PO Box 659617<br>San Antonio, TX 78265-9617 |
| Wells Fargo Home Mortgage<br>P.O. Box 14538<br>Des Moines, IA 50306-3538 | Younkers<br>P.O. Box 10327<br>Jackson, MS 39289-0327 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Capital One<br>PO Box 85015<br>Richmond, VA 23285-5015 | Portfolio Recovery<br>P.O. Box 12914<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A.

End of Label Matrix
Mailable recipients  64
Bypassed recipients   1
Total                65