UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| IN RE: | HON. MARCI B. McIVOR |
| JOSEPH GATZA and MELISSA GATZA, | Case No. 19-40978-mbm |
| Debtors. | Chapter 7 |

William C. Babut (P41099)
William C. Babut PC
Attorneys for Debtors
700 Towner Street
Ypsilanti, MI 48198
(734) 485-7000
wbabut@babutlaw.com

Scott A. Chernich (P48893)
Patricia J. Scott (P73061)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Claimant University of Michigan Credit Union
313 South Washington Square
Lansing, MI 48933
(517) 371-8133
schernich@fosterswift.com

**ORDER GRANTING UNIVERSITY OF MICHIGAN CREDIT UNION'S
MOTION TO LIFT THE AUTOMATIC STAY
AND WAIVING THE PROVISIONS OF FRBP 4001(a)(3)**

PRESENT: MARCI B. McIVOR, Bankruptcy Judge

University of Michigan Credit Union ("Claimant") filed a motion to lift the automatic stay regarding its interest in real property located at 3320 Mount Hope Road, Grass Lake, Michigan 49240 ("Real Property"), owned by the Debtors Joseph Gatza and Melissa Gatza ("Debtors"), and for an order waiving the provisions of FRBP 4001(a)(3) with the Court. The Court has found that the Motion and Notice were properly served on all interested parties and that no timely objections were filed with the Court. Now, therefore;

IT IS HEREBY ORDERED that Claimant's Motion to Lift the Automatic Stay is granted; and

IT IS FURTHER ORDERED that the automatic stay in this matter, effective pursuant to 11 U.S.C. § 362(a), is hereby modified and lifted to allow Claimant to pursue its state law rights as to the Real Property commonly known 3320 Mount Hope Road, Grass Lake, Michigan 49240, and more particularly described as:

> BEGINNING AT A POINT 1115 FEET SOUTH OF THE NORTHEAST CORNER OF THE WEST ½ OF THE SOUTHWEST ¼ OF SECTION 21, GRASS LAKE TOWNSHIP, TOWN 2 SOUTH, RANGE 2 EAST, THENCE WEST 447 FEET, THENCE SOUTH 165 FEET, THENCE EAST 447 FEET, THENCE NORTH 165 FEET TO THE POINT OF BEGINNING.

Tax Parcel Number: 000-10-21-301-007-00 ("Real Property")

and to allow Claimant to otherwise take all actions with respect to the foregoing Real Property that Claimant is entitled to take under applicable non-bankruptcy law; and

IT IS FURTHER ORDERED that this order is effective immediately upon entry by this Court, notwithstanding the provisions of FRBP 4001(a)(3).

**Signed on March 15, 2019**



**/s/ Marci B. McIvor**
**Marci B. McIvor**
**United States Bankruptcy Judge**