UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| IN RE: | HON. MARCI B. McIVOR |
| JOSEPH GATZA and MELISSA GATZA, | Case No. 19-40978-mbm |
| Debtors. | Chapter 7 |

## CERTIFICATE OF SERVICE

Janette L. Mulvany, PLS, states that on the 18th day of March, 2019, she did serve a copy of the **Order Lifting the Automatic Stay [DN 23]** upon the following via first-class mail:

William C. Babut
William C. Babut PC
Attorneys for Debtors
700 Towner Street
Ypsilanti, MI 48198

David P. Miller
Clayson, Schneider & Miller P.C.
Attorneys for Chapter 7 Trustee
645 Griswold, Suite 3900
Detroit, MI 48226

Office of The U.S. Trustee
211 W. Fort St., Suite 700
Detroit, MI 48226

Timothy J. Miller
Chapter 7 Trustee
64541 Van Dyke, Suite 101
Washington, MI 48095

I DECLARE THE FOREGOING STATEMENTS TO BE TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

Dated: March 18, 2019

/s/ Janette L. Mulvany
Janette L. Mulvany, PLS, Legal Secretary to
Scott A. Chernich (P48893)

34862:00001:4125849-1