UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40978-MBM |
| | ) | Chapter 7 |
| GATZA, JOSEPH | ) | |
| GATZA, MELISSA | ) | Judge Marci B. McIvor |
| Debtors. | | |
| _____/ | | |

## TRUSTEE'S REPORT OF UNDISCLOSED ASSETS

Pursuant to E.D. Mich. LBR 2015, the trustee hereby reports that the trustee discovered the following asset after the debtors testified at the meeting of creditors that the bankruptcy schedules are accurate:

<u>A possible personal injury claim</u>

The Debtor Mr. Gatza has possibly sustained personal injury damages prior to bankruptcy filing. Mr. Gatza testified to a surgery in October 2018 and a second surgery in December 2018. The first surgery apparently was for a degenerative spinal condition but resulted in a nerve root being cut. The claim was voluntarily disclosed at the 341 meeting. The Trustee is investigating and Mr. Gatza agreed to cooperate with the Trustee.

This report is for informational purposes only. No response is permitted.

Dated: March 27, 2019

*/s/ Timothy J. Miller, trustee*
Timothy J. Miller (P36951)
64541 Van Dyke Suite 101
Washington Township, MI 48095
(586) 281-3764
miller7trustee@gmail.com