# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-40978  
**Case Name:** GATZA, JOSEPH  
GATZA, MELISSA  

**For Period Ending:** 03/31/2019

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 01/23/2019 (f)  
**§ 341(a) Meeting Date:** 02/20/2019  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3320 MT. HOPE ROAD, GRASS LAKE, MI 49240-0000, JACKSON COUNTY<br>Entire property value: $180,000.00 | 180,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2009 PONTIAC G6, 235000 MILES<br>Automobile located at the Debtor(s) Residence.. Entire property value: $3,500.00 | 3,500.00 | 0.00 | | 0.00 | FA |
| 3 | 2001 FORD FOCUS, 60000 MILES<br>Entire property value: $2,800.00 | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 4 | C. 1999 GOLDSTAR 9 FOOT TRAILER<br>Entire property value: $350.00 | 350.00 | 350.00 | | 0.00 | FA |
| 5 | LIVING AND DINING ROOM, BEDROOM, KITCHEN FURNITURE & UTENSILS. | 3,200.00 | 0.00 | | 0.00 | FA |
| 6 | GUNSAFE, ONE RIFLE, ONE PISTOL | 700.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING OWNED BY THE DEBTOR(S) AT THE DEBTOR(S) RESIDENCE AND IN THE DEBTOR(S) POSSESSION. | 800.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELRY (VARIOUS) LOCATED AT THE DEBTOR(S) RESIDENCE. | 500.00 | 0.00 | | 0.00 | FA |
| 9 | DOG, CAT LOCATED AT THE DEBTOR(S) RESIDENCE. PETS - SENTIMENTAL VALUE | 1.00 | 1.00 | | 0.00 | FA |
| 10 | CASH | 40.00 | 0.00 | | 0.00 | FA |
| 11 | CHECKING: HUNTINGTON BANK; CHECKING/SAVINGS ACCOUNT | 400.00 | 0.00 | | 0.00 | FA |
| 12 | CHECKING: TCF BANK | 20.00 | 20.00 | | 0.00 | FA |
| 13 | SAVINGS: UNIVERSITY OF MICHIGAN CREDIT UNION | 1.00 | 1.00 | | 0.00 | FA |
| 14 | 403(B): FIDELITY RETIREMENT ACCOUNT THROUGH UNIVERSITY OF MICHIGAN | 222,929.78 | 0.00 | | 0.00 | FA |
| 15 | 2018 INCOME TAX REFUND (ESTIMATE BASED ON PRIOR YEAR TAX REFUND).: FEDERAL, STATE | 2,000.00 | 0.00 | | 0.00 | FA |
| 16* | possible personal injury claims (u) (See Footnote) | Unknown | Unknown | | 0.00 | Unknown |
| **16** | **Assets Totals (Excluding unknown values)** | **$417,241.78** | **$3,172.00** | | **$0.00** | **$0.00** |

RE PROP# 16      investigation pending-unknown value allowed for up to 1 yr

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 19-40978  
**Case Name:** GATZA, JOSEPH  
GATZA, MELISSA  

**For Period Ending:** 03/31/2019

**Trustee Name:** (420470) Timothy J. Miller  
**Date Filed (f) or Converted (c):** 01/23/2019 (f)  
**§ 341(a) Meeting Date:** 02/20/2019  
**Claims Bar Date:**

**Major Activities Affecting Case Closing:**

3.27.19 to employ counsel to investigate possible personal injury claim  
2.20.19 need docs- possible pers injury claim

**Initial Projected Date Of Final Report (TFR):** 03/04/2020     **Current Projected Date Of Final Report (TFR):** 03/04/2020

04/17/2019  
Date

/s/Timothy J. Miller  
Timothy J. Miller